Submitted on briefs April 22, affirmed June 2, 1914.

## LOVELL *v.* CITY OF ASTORIA.

(141 Pac. 1199.)

From Clatsop: JAMES U. CAMPBELL, Judge.

This is an action by James L. Lovell against the City of Astoria, for damages arising from injury to plaintiff's property, caused by the alleged negligence of the city in the construction of a fill in a street.

The plaintiff recovered judgment on a verdict and defendant appeals.

Submitted on briefs without argument under the proviso of Rule 18 of the Supreme Court: 56 Or. 622 (117 Pac. xi).                                    AFFIRMED.

For appellant there was a brief over the name of *Mr. A. W. Norblad.*

For respondent there was a brief over the name of *Mr. George C. Fulton.*

In Banc. Opinion PER CURIAM.

This case arises upon the same facts and is supported by practically the same character of testimony as the cases of *Giaconi* v. *City of Astoria*, 60 Or. 12 (113 Pac. 855, 118 Pac. 180), and *Warren* v. *City of Astoria*, 67 Or. 603 (135 Pac. 527). Upon the authority of these cases the judgment is affirmed.

AFFIRMED.

MR. JUSTICE MOORE dissents.